UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEDRA DE LA ROSA,

                Plaintiff,        22-cv-5205 (JGK)

    - against -           ORDER

33 GREENE STREET CORP. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 3, 2022.

SO ORDERED.
Dated:    New York, New York
          July 19, 2022

                                      John G. Koeltl
                              United States District Judge