## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

DEDRA DE LA ROSA,

                Plaintiff,

- against -

33 GREENE STREET CORP. and ACNE CORP.,

                Defendants.

1:22 -cv- 05205 (**JGK**) (SLC)

**CIVIL SCHEDULING ORDER**
(AMENDED)

---

**JOHN G. KOELTL, District Judge:**

    Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on _____, 2023, the Court hereby orders that:

**Pleadings and Parties:** Except for good cause shown:

    1.    No additional parties may be joined or cause of action asserted after October 14, 2022.

    2.    No additional defenses may be asserted after October 14, 2022.

**Discovery**: Except for good cause shown, all discovery shall be commenced in time to be completed by July 12, 2023. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, <u>all</u> counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

    Plaintiff's expert disclosures due by January 27, 2023. Defendants expert disclosures due by February 16, 2023. **Per all parties' counsel, the expert disclosures were served on time**.

**Dispositive Motions:**[1] Dispositive motions, if any, are to be completed by August 12, 2023. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

---

[1] **Note:** In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

    At any time, **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after.**

**Pretrial Order/Motions in Limine:** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by August 12, 2023. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, the parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:** The parties shall be ready for trial on 48 hours' notice on or after August 26, 2023. The estimated trial time is 2-3 days, and this a jury _x_/non-jury __ trial.

**Other:**

_____  The case is referred to the Magistrate Judge for purposes of settlement (See attached Reference Order).

_____  The parties will notify the Court by _____ whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

___x___  The parties respectfully request that the Court refer them to the SDNY Mediation Program, with mediation to occur immediately after the deadline for expert disclosures, pending mediator availability.

**Per all parties' counsel, a site inspection was held in this ADA wheelchair accessibility case and then a mediation was held at 40 Foley Square on March 2, 2023. While the case did not settle that day, per all parties' counsel, progress was made and the parties asked the mediator to continue her role on the case. The parties shall continue to mediate in good faith as they have stipulated.**

**SO ORDERED.**

**Dated: New York, New York**
3/14/23

_____
**JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

---

Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.