UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                              Plaintiff,<br><br>     -v-<br><br>33 GREENE STREET CORP. and ACNE CORP.,<br><br>                              Defendants. | CIVIL ACTION NO. 22 Civ. 5205 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On February 20, 2024, Defendants filed a letter-motion seeking (1) an 18-month stay of this action to enable Defendants to implement accessibility improvements to the subject premises (the "Stay Request"), and (2) a settlement conference with the Court to resolve the monetary component of a potential settlement (together, the "Requests"). (ECF No. 37 (the "Letter-Motion")). Today, February 21, 2024, the Honorable John G. Koeltl referred the Letter-Motion and settlement to the undersigned. (ECF No. 38).

The Court construes the Letter-Motion to be seeking a conference with the Court to discuss the Requests. The Letter-Motion is GRANTED only to the extent that a telephone conference to discuss the Requests is scheduled for **Wednesday, February 28, 2024 at 4:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss the Stay Request, as well as their availability—and that of their clients—for a settlement conference with the Court. By **February 26, 2024**, Plaintiff may file a letter in response to the Letter-Motion not exceeding four pages in length.

The Clerk of Court is respectfully directed to close ECF No. 37.

Dated: New York, New York
February 21, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge