UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

                Plaintiff,

-v-

33 GREENE STREET CORP. and ACNE CORP.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5205 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held today, February 28, 2024, the parties have agreed to attend a settlement conference (the "Settlement Conference") before the undersigned on April 3, 2024. The Court will schedule the Settlement Conference by separate Order.

    This case remains STAYED pending the outcome of the Settlement Conference. In the event that the parties do not resolve the case at the Settlement Conference, the Court will lift the stay and the pretrial proceedings will resume.

Dated:     New York, New York
            February 28, 2024

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**