UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

                Plaintiff,

   -v-                                              CIVIL ACTION NO. 22 Civ. 5205 (JGK) (SLC)

33 GREENE STREET CORP. and ACNE CORP.,        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The request at ECF No. 43 is GRANTED, and the parties' enlarged pre-mediation statements are accepted, <u>nunc pro tunc</u>.

The parties' request at ECF No. 44 is GRANTED, and the in-person settlement conference scheduled for April 3, 2024 is ADJOURNED to **Thursday, May 2, 2024 at 10:00 a.m.**, and will proceed **<u>in-person</u>** (the "Conference"). To the extent that either party would like to revise or supplement their pre-mediation statements or attendance acknowledgement forms prior to the Conference, they may do so via email, with copy to all parties, by **April 25, 2024.** All other aspects of the Court's Scheduling Order at ECF No. 42 remain in effect.

The Clerk of Court is respectfully directed to close ECF Nos. 43 and 44.

Dated:       New York, New York
                Mach 28, 2024

                                                        SO ORDERED.

                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**