UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>      Plaintiff,<br><br> -v-<br><br>33 GREENE STREET CORP. and ACNE CORP.,<br><br>      Defendants. | CIVIL ACTION NO. 22 Civ. 5205 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  The parties' request at ECF No. 46 is GRANTED, and the in-person settlement conference scheduled for May 2, 2024 is RESCHEDULED to **Friday, April 19, 2024 at 10:00 a.m.**, and will proceed **in-person** (the "Conference"). To the extent that the parties would like to revise their pre-mediation statements or attendance acknowledgement forms prior to the Conference, they may do so via email, with copy to all parties, by **April 12, 2024.** All other aspects of the Court's Scheduling Order at ECF No. 42 remain in effect.

  The Clerk of Court is respectfully directed to close ECF No. 46.

Dated:  New York, New York
     April 2, 2024

                   SO ORDERED.

                   _____
                   SARAH L. CAVE
                   **United States Magistrate Judge**